IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAYLOR STEVEN LANGENDORF, | ) | No. C 10-1132 JSW (PR) |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL AS FILED IN ERROR; NO FEE IS DUE** |
| v. | ) ) | |
| RICHARD KIRKLAND, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Plaintiff, a California prisoner, filed a "motion for disposition" with the Court, which the Clerk construed as a new pro se civil rights action under 42 U.S.C § 1983. However, the document bears the case number C 05-1629, and requests the Court to resolve a petition for a writ of habeas corpus, which was pending before this Court at the time the motion was filed. It appears that this action was opened by the Clerk's office in error, instead of filing this motion on Petitioner's then pending case. That matter has since been decided on the merits. Therefore, this new action is now DISMISSED as commenced in error. As a result, no filing fee is due. The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: October 13, 2010

*Jeffrey S White*
_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LANGENDORF,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT et al,<br><br>    Defendant.<br>_____/ | Case Number: CV10-01132 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Taylor Steven Langendorf
Kern Valley State Prison
P.O. Box 5103
P74142
Delano, CA 93216

Dated: October 13, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk